TARA K. McGRATH
United States Attorney
Ronald Sou
Assistant U.S. Attorney
California State Bar No. 315669
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8491
Ronald.Sou@usdoj.gov

FILED
APR 18 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:
Apple Inc.
One Apple Park Way Cupertino, CA
Host of 303-520-7458,
"gwitherspoon@gmail.com"
("Target Account")

Case No.: 23-MJ-2081

**MOTION TO UNSEAL SEARCH WARRANT AND PROPOSED ORDER**

Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Ronald Sou, Assistant United States Attorney, respectfully requests that the Court unseal the search warrant in this matter to allow the United States to provide a copy to the defendants for discovery, in its related case.

DATED: April 18, 2024

/s/ Ronald Sou
RONALD SOU
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: April 18, 2024

_____
HONORABLE JILL L. BURKHARDT
United States Magistrate Judge